EXHIBIT A

KRISTIN BLOMQUIST

| | | | |
|---|---|---|---|
| CVS PHARMACY | | 04/15/13 | $22.09 |
| CVS PHARMACY | | 06/07/13 | $13.65 |
| CVS PHARMACY | | 06/07/13 | $19.59 |
| CVS PHARMACY | | 06/07/13 | $49.13 |
| CVS PHARMACY | | 06/21/13 | $21.15 |
| CVS PHARMACY | | 06/21/13 | $10.65 |
| CVS PHARMACY | | 06/21/13 | $92.11 |
| CVS PHARMACY | | 06/21/13 | $27.99 |
| | TOTAL | | $256.36 |
| | | | |
| DUANE READE PHARMACY | | 06/03/13 | $8.35 |
| DUANE READE PHARMACY | | 06/03/13 | 9.21 |
| | TOTAL | | $17.56 |
| | | | |
| MARVIN FAMILY CHIROPRAC | | 05/23/13 | $80.00 |
| MARVIN FAMILY CHIROPRAC | | 05/31/13 | $40.00 |
| MARVIN FAMILY CHIROPRAC | | 05/29/13 | $50.00 |
| MARVIN FAMILY CHIROPRAC | | 05/25/13 | $40.00 |
| | TOTAL | | $210.00 |
| | | | |
| CITY MD | | 06/03/13 | $125.00 |
| | TOTAL | | $125.00 |
| | | | |
| ST LUKES ROOSEVELT HOSPITAL | | 04/17/13 | $180.00 |
| | TOTAL | | $180.00 |
| | | | |
| CONTINUUM SERVICES PATIENT SERVICE CENTER | | 04/11/13 | $205.00 |
| | TOTAL | | $205.00 |
| | | | |
| SHOULDER TO HAND MED | | 05/28/13 | $75.00 |
| | | 06/03/13 | $75.00 |
| | TOTAL | | $150.00 |
| | | | |
| PRECORE PHYS. THERAPY | | 07/24/13 | $50.00 |
| PRECORE PHYS. THERAPY | | 07/18/13 | $100.00 |
| | TOTAL | | $150.00 |

| | | | |
|---|---|---|---:|
| WALGREENS | | 04/07/13 | $50.88 |
| | TOTAL | | $50.88 |
| | | | |
| RAMIC MEDICAL IMAGING | | 07/17/13 | $225.00 |
| RAMIC MEDICAL IMAGING | | | $225.00 |
| | TOTAL | | $450.00 |
| | | | |
| MIDTOWN SURGERY CENTER | | 04/15/13 | $5,060.00 |
| MIDTOWN SURGERY CENTER | | 04/15/13 | $8,620.00 |
| | TOTAL | | $13,680.00 |
| | | | |
| MAYAGÜEZ MEDICAL CENTER | | 04/07/13 | $160.00 |
| MAYAGÜEZ MEDICAL CENTER | | 04/07/13 | $190.58 |
| | TOTAL | | $350.58 |
| | | | |
| STATEMENT FOR HOTEL ROOM 26 | | 04/06/13 | $1,237.82 |
| | TOTAL | | $1,237.82 |
| | | | |
| LOUIS W. CATALANO, MD | | 06/19/13 | $5,550.00 |
| LOUIS W. CATALANO, MD | | 04/11/13 | $3,500.00 |
| LOUIS W. CATALANO, MD | | 04/11/13 | $450.00 |
| LOUIS W. CATALANO, MD | | 04/11/13 | $7,000.00 |
| | TOTAL | | $16,500.00 |
| | | | |
| EASTSIDE ANESTHESIA PLLC | | 04/12/13 | $2,400.00 |
| | TOTAL | | $2,400.00 |
| | | | |
| MONTHVALE REHAB & SPINAL CARE | | 06/21/13 | $50.00 |
| | TOTAL | | $50.00 |
| | | | |
| DR. NICK LAMBERT | | | $110.00 |
| | | | $125.00 |
| | | | $260.00 |
| | TOTAL | | $495.00 |

| | | | |
|---|---|---|---|
| AMERICAN EXPRESS (INTEREST CHARGE ON PAY OVER TIME PURCHASES) | | 05/22/13 | $241.26 |
| | | 04/21/13 | $134.73 |
| | | 07/22/13 | $324.68 |
| | | 06/21/13 | $308.47 |
| | TOTAL | | $1,009.14 |
| HORNED DORSET PRIMAVERA | | 04/02/13 | $300.00 |
| | | 04/06/13 | $1,237.82 |
| | | 04/08/13 | $422.45 |
| | TOTAL | | $1,960.27 |
| JET BLUE AIRWAYS | | | |
| TICKET #27921914722421 | | 03/31/13 | $288.40 |
| TICKET #27921914722410 | | 03/31/13 | $288.40 |
| | TOTAL | | $576.80 |
| BI LABS NEW YORK | | 04/23/13 | $205.00 |
| | TOTAL | | $205.00 |
| PRICELINE HOTEL | | 04/08/13 | $278.50 |
| | TOTAL | | $278.50 |
| ENTERPRISE RENT A CAR | | 04/10/13 | $166.75 |
| | TOTAL | | $166.75 |
| CONRAD CONDADO PLAZA | | 04/11/13 | $204.52 |
| | TOTAL | | $204.52 |
| | GRAND TOTAL | | $40,909.18 |