IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KRISTIN BLOMQUIST, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>THE HORNED DORSET PRIMAVERA INC., et al.,<br><br>　　　Defendants, | CIVIL NO.: 13-1835 (MEL) |

**JUDGMENT**

Pursuant to the verdict rendered by the jury on October 6, 2016, (ECF No. 162), and the order entered dismissing with prejudice all claims against Universal Insurance Group, Inc. (ECF No. 168), judgment is hereby entered in favor of defendants The Horned Dorset Primavera Inc. and Universal Insurance Group, Inc.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 12th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　s/Marcos E. López
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge