UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| KRISTIN BLOMQUIST and KEVIN WARNER | CIVIL NO. 13-cv-01835-MEL |
| Plaintiffs | |
| v. | DAMAGES |
| HORNED DORSET PRIMAVERA, INC., UNIVERSAL INSURANCE GROUP, INC., | TRIAL BY JURY DEMANDED |
| Defendants | |

**NOTICE OF APPEAL**

Notice is hereby given that Kristin Blomquist and Kevin Warner, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Federal Circuit from the Judgment entered in this case on October 12, 2016, and the Order denying plaintiffs Motion for Judgment as a Matter of Law, entered on July 24, 2017.

RESPECTFULLY SUBMITTED.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which electronically mails notice to the attorneys of record.

In San Juan, Puerto Rico, this 23rd day of August, 2017.

S/Roberto Boneta
Attorney for the appellants
USDC No. 115212
BONETA & NOGUERAS, LLC
PO BOX 195444
SAN JUAN, PR  00919-5444
PHONE: (787) 751-9393
FACSIMILE: (800) 627-5181
E-MAIL:  rb@bnlawpr.com